# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-cr-0079 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JENNY HALL | ) | |

## ORDER

Before the Court is the Defendant's motion to amend conditions of supervised release (Docket Entry No. 46) pursuant to 18 U.S.C. § 3563(c) and F.R.Cr.P. 32.1(c). Defendant seeks to amend special condition number five of her release that Defendant serve weekends in jail for a period of six months. Defendant owes restitution of $13,095.

According to her motion, the Defendant has a job with Fortune Plastics in Lebanon through Staffmark temporary service working a 12-hour swing shift with work every other weekend. For the first weekend, the Defendant was able to get a co-worker to cover her shift, but will be unable to do so for six months and keep her job.

The Defendant moves the Court to amend special condition number five to allow her to serve every other weekend until the Defendant has completed the twenty-four (24) weekends that the six months would represent. The Defendant also seeks to amend special condition number five to allow her to report for service of her weekend terms at 8:00 p.m. instead of 7:00 p.m because her designation is the Warren County Detention Center in Bowling Green, Kentucky, and Defendant's home is in Smithville, Tennessee. To date, the United States has not opposed this motion.

After review, and absent objection, the Defendant's motion to amend is **GRANTED** to eliminate the weekend confinement so as to ensure restitution to the victim, but only for so long as the Defendant is employed and is current on restitution.

It is so **ORDERED**.

**ENTERED** this the  12th  day of June, 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM J. HAYNES, JR.
　　　　　　　　　　　　　　　　　　Chief United States District Judge